UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,     ) | Case No. 08mj0614 |
| ) | |
| v.            ) | |
| ) | CERTIFICATE OF SERVICE |
| JOSE ESTRADA-HERNANDEZ,            ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: March 4, 2008          /s/ Erick L. Guzman
                                             ERICK L. GUZMAN
                                             Federal Defenders
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             E-mail: erick_guzman@fd.org